IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| v. | \* | **CRIMINAL NOS.**    ABA-25-0143 |
| | \* |                                       ABA-25-0144 |
| | \* | |
| | \* | |
| **PATRICK BRITTON-HARR,** | \* | |
| | \* | |
| **Defendant.** | \* | |
| | \* | |
| | \*\*\*\*\*\*\* | |

Upon consideration of the Government's Response in Opposition to the Defendant's Motion to Modify Conditions of Release ("Defendant's Motion"), the Court hereby DENIES the Defendant's Motion.

Defendant's Motion is hereby DENIED for the reasons laid out in the Government's Response in Opposition.

So ORDERED.

_____                                    _____
Date                                                                                  The Honorable Chelsea J. Crawford
                                                                                             United States Magistrate Judge