

**Steven** ⟩

Going to pack up my stuff, check out and head to the office in the next few min.



You going there?

Yes I'll be down

Sep 15, 2022 at 11:35 AM

The boys are here at the office with nothing to do, and the girls apparently are back at their hotel. Everyone awaiting instruction.

Also, the boys asked about their signing bonuses.

Will you please have them get all accounts set up with vendors

Also merchant services need that ASAP

And have them open up bank accounts for all other entities please

\+    iMessage

EX. 15



**Steven** ⟩



I've been knocking off to-do's for Casino Royale with our Maltese attorneys. I think they have everything they need now, except the money!

Please send the Iser LOA for the G-III to Robb & me. I have a file on the plane and that would be a pretty important document to keep there!

We are on the call

That was Willem looking for money.

> Zort will fund us

> Taking that bridge loan

OK, LMK what I can do to expedite. Willem wants and email "if the money isn't sent today."

> Ok

Going to pack up my stuff, check out and head to the office in the next few min.

+        iMessage




Also services need that ASAP

And have them open up bank accounts for all other entities please

What time is the flight out?

I'm making a quick trip to Clearwater to check out that new Piaggio

OK. My flight out is 6:15 pm.

I will call back when I'm off this call.



On phone w merchant services vendor

Beautiful

I just sent you a letter on company letterhead for Brandon to use with the bank. Please execute and he'll be off to the races.

    iMessage



< 1    SL    Steven >

I texted Jim to find out what the was be will be at 2 Comprehe ow and he as at is the meeting there about esn't know what it's abc confused.

> I haven't called Jim yet to fill him in on his day tomorrow your a step ahead of me.

Ah



> He's now informed and will be there at 10am

Sep 15, 2022 at 8:26 PM

Willem wants an email explaining deposit delay.

Sep 16, 2022 at 9:43 AM

> Done – i requested the 30th but Charlo came back till the 23rd so We bought a week

> Will you please process the 2 wires – boomerang & AeroVanti

Ok

> I Just got this from Ben –
>
> Quick September sales update:
>
> $2M in Gilchrist by EOD, $900k in verbal commits that will come in by the next few business days. 10 multi-month calls today and about $1.5M in more stalled pipeline

 iMessage



SL

**Steven ⟩**



Just got off with the Bills all good just another hour update call

Sorry I missed that call!

Not.

Can you quickly change the warrants to 108,375 shares vs 43,350 which is 2.5% vs 1%

I can change that but in transit now to airport.

👍

On the flight is no problem

So, quickly? Not exactly but I can do it.

I texted Jim D to find out what time he will be at 2 Compromise tomorrow and he asked what is the meeting there about. He doesn't know what it's about? I'm confused.

I haven't called Jim yet to fill him in on his day tomorrow your a step ahead of the



+    iMessage

Ah



< 1    **SL**

**Steven** ⟩    Beautiful

I just sent you a letter on company letterhead for Brandon to use with the bank. Please execute and he'll be off to the races.

👍

Done

Sep 15, 2022 at 2:55 PM

You coming to SRQ?

The Sarbanes document I was working on yesterday crashed out. Pls remind me your SSN so I can complete it and get it back to his staffer.

The boys asked what time big jim will be at the office bcz they don't have keys to get in. Apparently Jennie and Jenn don't plan to go to the ofc tomorrow.

Can do the SSN over the phone if you don't want to put it in a text.

Getting ready to move out to the airport now, this is not an emergency.



+    iMessage

just another hour update call



Not sure I can release ~~~ s until the availability is c **Steven** ⟩ nd the overdraft corrected.

Want me to instruct the boys to find out?

> Call me not sure I understand your question

> Funds are moving from the account that just received the wire.



> But yes have them call and find out

Better safe than sorry and this is why we have those guys! Will do.





Halfway ... the month and ... with mor... ...rals from Will Lutz and m... **Steven** ...definitely yield the results we need.

That's great!

| AEROVANTI INC. | Current $1,169.28 |
| | Anticipated Avail. $1,391,172.08 |
| CHECKING | Current $85,724.49 |
| | Anticipated Avail. -$82,514.63 |

Not sure I can release funds until the availability is confirmed and the overdraft corrected.

Want me to instruct the boys to find out?

Call me not sure I understand your question

Funds are moving from the account that just received the wire

+    iMessage

 

AA    🔒 ecorp.fnb-online.com



**Steven** ⟩

Will you please process the 2 wires - boomerang & AeroVanti

Ok

I Just got this from Ben -

Quick September sales update:

$2M in Gilchrist by EOD, $900k in verbal commits that will come in by over next few business days. 10 follow-up/intro calls today and about $1.5M in more stalled pipeline.

Pacing nicely for $5M this month. Strong referrals from our new TGBs. A re-up from older TGBs Nancy Brody and Dan Sallick.

Halfway through the month and with more referrals from Will Lutz and more should definitely yield the results we need.

That's great!



| AEROVANTI INC. | Current **$1,169.28** |
| | Anticipated Avail. **$1,391,172.08** |
| CHECKING | Current **$85,724.49** |
| | Anticipated Avail. **-$82,514.63** |

 iMessage



**Steven** ›

👍 👍

No wires are coming out of the 04

I will tell the boys we need them to have their email open for messages from management.

Yes they are getting computers today

Jim Deckman is at the store right now

Oh fuck...I'll back off. Won't whip them. Didn't realize they don't have computers. That would explain it.

Quick book getting installed today as well

Sounds good.

👍

Talked to Brandon and yes he's confirmed all with the bank all is goodn

Sep 16, 2022 at 1:47 PM

I'm about to spin down to

+   iMessage



**Steven**

But yes have them call and find out

Better safe than sorry and this is why we have those guys! Will do.

Have you approved yet?

Neither of our finance guys has responded. I'll check again now.

Approve on your end please

Ok

I've got 1 more coming for ACS

These are coming out of account 42, correct? That's where the money is.

I'll approve the AeroVanti one first, correct?

Looks like that will put the money into 04.

That one's done. Moving on to the others now.



+     iMessage

No wires are coming out of the 04

2:01



**Steven** ⟩

Good.

Ok please send wires – NBAA internal title says AeroVanti but all details are correct

Ok

On Romanoff we can agree to let him out but on a staggered payout. Something like $25K month

We do not have a refund provision

So this is a courtesy

Ok

Rofe's card just got declined or he chose to not pay.

My guess is the latter.

Triple Lindy is charter?

No it's the Cookson 50 for the yacht club. One of our new members Travis comes from the sailing world and is going to purchase and LPA back to the club. In the meantime AeroVanti is going to make $100k on the sale.

2010 COOKSON 50 RACER TO...

yachtworld.com

+    iMessage

< 1     SL     🎥

Tal **Steven** ⟩ don and yes he's
confirmed all with the bank all is
goodn

Sep 16, 2022 at 1:47 PM

I'm about to spin down to
Compromise. Did you send the
FedEx envelope?

On the way to fedex currently.

Robb said he's sending his as well

Ah, ok. That's cool. Your personal
check should be $5k since you
already contributed $1k and the
cap is $6k.

Very much appreciate it!



Don't forget ACS wire please

Done

Sep 19, 2022 at 9:15 AM

One min

Sep 20, 2022 at 10:06 AM

+    iMessage    🎤

even say it's "Old School."

  

< 1

**Steven** ⟩



Very much appreciate it.

🤙

> Don't forget ACS wire please

Done

Sep 19, 2022 at 9:15 AM

> One min

Sep 20, 2022 at 10:06 AM

Triple Lindy? That's funny. Might even say it's "Old School."

> Yeah right and I've got one more for NBAA

> I'm teeing up Gilchrist for Friday close with Rofe

> As well

Good.

> Ok please send wires – NBAA internal title says AeroVanti but all details are correct

\+    iMessage

2:01



**Steven** ❯

My guess is the latter

Triple Lindy is charter?

> No it's the Cookson 50 for the yacht club. One of our new members Travis comes from the sailing world and is going to purchase and LPA back to the club. In the meantime AeroVanti is going to make $100k on the sale.

> **2010 Cookson 50 Racer for sale**
> yachtworld.com

Sep 20, 2022 at 1:01 PM

 **Hornett Capital & AeroVanti Brokerage.docx**
Word Document · 20 KB

> Any issues here before I send to Zort

Defined term is "Borrower's," which doesn't make sense...should be "Borrower" but probably doesn't matter.

Still reviewing quickly.

There is confessed judgment provision in this. You sure you want to do that? Not having fun with those from the Coastal days

➕    iMessage    🎤

That's a business decision up to