## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.

PATRICK TORMAY BRITTON-HARR,
*Defendant.*

Case No. 25-cr-143-ABA

## ORDER

On Monday, May 4, 2026, Defendant filed notice that he had no objections to the voir dire to be proposed by the Government later that day. ECF No. 72. The Government filed a proposed voir dire later that afternoon. ECF N. 75. During the pretrial conference on May 5, 2026, the Court ordered that, should Defendant have any objections to the proposed voir dire, those needed to be raised by May 12, 2026. That deadline having passed, the Court will assume that Defendant has no objections.

On May 7, 2026, Defendant filed a sealed document including names of possible witnesses for the defense. ECF No. 83. By no later than **12:00 p.m. ET on May 14, 2026**, Defendant shall file a notice confirming whether these names should be added to the voir dire sheet.

During the pretrial conference, the Court also ordered the Government to provide the names for the two placeholders listed in the proposed voir dire by May 12, 2026. As of the time of this Order, no such filing has been received. By no later than **12:00 p.m. ET on May 14, 2026**, the Government shall file the names of those placeholders to be added to voir dire.

Date:  May 13, 2026

_____/s/_____
Adam B. Abelson
United States District Judge